UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JANEL L. CAMPBELL,**   CASE NO.   3:12-cv-414

    Plaintiff,   Judge Timothy S. Black

-vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.

Date: December 18, 2013   **JOHN P. HEHMAN, CLERK**

    By: _s/ M. Rogers_
    Deputy Clerk